UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

LEROY WILLIAMS,

                Plaintiff,

  v.

DR. STEINWEINDER,

                Defendants.

No. C09-5806 RJB/KLS

ORDER TO SHOW CAUSE

      This matter comes before the Court on Plaintiff's proposed civil rights complaint. Dkt. 1. To file a complaint and initiate legal proceedings, a plaintiff must pay a filing fee of $350.00 or file a proper application to proceed *in forma pauperis*.

      On December 28, 2009, Plaintiff filed an application to proceed *in forma pauperis* and a proposed civil rights complaint. Dkt. 1. On January 7, 2010, the Clerk sent a letter to Plaintiff advising him that he must submit an updated trust account statement showing transactions for the past six months. Dkt. 2. In response, Plaintiff provided a trust account statement covering the period from December 4, 2009 to January 7, 2010. Dkt. 5, p. 1.

      The court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. See 28 U.S.C. § 1915(a). However, the court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598 (9th Cir. 1963), cert. denied, 375 U.S. 845 (1963).

      Pursuant to 28 U.S.C. § 1915(a)(2):

ORDER - 1

A prisoner seeking to bring a civil action or appeal a judgment in a civil action or proceeding without prepayment of fees or security therefor . . . shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the *6-month period* immediately preceding the filing of the complaint or notice of appeal, obtained from the appropriate official of each prison at which the prisoner is or was confined.

*Id.* (emphasis added).

By letter dated January 7, 2010, the Court Clerk advised Mr. Williams that he was required to submit a trust account statement reflecting balances for the *six months* preceding the filing of his application, and that he should do so on or before February 8, 2010.  Dkt. 2 (emphasis added).  Mr. Williams submitted a trust account statement covering only the one month period from December 4, 2009 to January 7, 2010.

Accordingly, it is **ORDERED**:

(1) Plaintiff shall submit a copy of his prison trust account statement showing the balance and activity of his account for the **six-month** period immediately preceding the filing of his petition **on or before May 7, 2010, or show cause why he cannot.**  Alternatively, Plaintiff shall pay the full $350.00 filing fee required to proceed with this action on or before **May 7, 2010**.

(2) Failure to cure these deficiencies by the above date shall be deemed a failure to properly prosecute this matter and the Court will recommend dismissal of this matter.

(3) The Clerk is directed to send a copy of this Order to Plaintiff.

**DATED** this 15th day of April, 2010.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2