1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7   LEROY WILLIAMS,                                     No. C09-5806 RJB/KLS
                                    Plaintiff,
8                                                        **REPORT AND RECOMMENDATION**
          v.                                             **Noted For:  May 24, 2010**
9
    DR. STEINWEINDER,
10
                                    Defendants.
11

12        This civil rights action has been referred to United States Magistrate Judge Karen L.

13   Strombom pursuant to Title 28 U.S.C. § 636(b)(1) and Local MJR 3 and 4.  The Court is advised

14   by Plaintiff Leroy Williams that he no longer wishes to pursue this action. Dkt. 7.  Accordingly,

15   the undersigned recommends that this action be dismissed pursuant to Rule 41(a)(1) of the

16   Federal Rules of Civil Procedure.

17
                                      *DISCUSSION*
18
19        On December 28, 2009, Mr. Williams filed an application to proceed *in forma pauperis*

20   and proposed civil rights complaint.  Dkt. 1.  On January 7, 2010, the clerk advised Mr. Williams

21   that his *in forma pauperis* application was deficient because he failed to provided an updated

22   trust account statement.  Dkt. 2.  On March 3, 2010, the court directed Mr. Williams to submit a

23   copy of his prison trust account statement showing the balance and activity for the six month

24   preceding the filing of his proposed complaint or pay the full filing fee. Dkt. 4.  On April 6,

25   2010, Plaintiff provided a copy of his trust account statement showing the balance and activity
26

ORDER - 1

1   for a one month period.  Dkt. 5.  On April 15, 2010, the court again directed Plaintiff to submit a

2   six month trust account statement on or before May 7, 2010 or to show cause why he cannot.

3   Dkt. 6.  On April 26, 2010, Plaintiff filed a letter to the Clerk of Court, stating "I am requesting

4   voluntary to dismiss above case without prejudice."  Dkt. 7.

5          Rule 41(a)(1) of the Federal Rules of Civil Procedure provides, in pertinent part:

6
7          [A]n action may be dismissed by the plaintiff without order of court (i) by filing a
           notice of dismissal at any time before service by the adverse party of an answer or
           of a motion for summary judgment, whichever first occurs . . . .
8
9   No adverse party has yet been served in this action.

10         Plaintiff has asked this court to dismiss his case without prejudice.  Dkt. 7.  The

11  undersigned recommends that Mr. Williams's letter be construed as a request for voluntary

12  dismissal of this action.

13                                      *CONCLUSION*

14
15         The Court should dismiss this action without prejudice.

16         Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil

17  Procedure, the parties shall have fourteen (14) days from service of this Report and

18  Recommendation to file written objections.  See also Fed. R.Civ.P. 6.  Failure to file objections

19  will result in a waiver of those objections for purposes of appeal.  *Thomas v. Arn*, 474 U.S. 140

20  (1985).  Accommodating the time limit imposed by Rule 72(b), the clerk is directed to set the

21  matter for consideration on **May 24, 2010**, as noted in the caption.

22
23         DATED this 4th day of May, 2010.

24
25
26
                                              Karen L. Strombom
                                              United States Magistrate Judge

ORDER - 2