# United States District Court

WESTERN DISTRICT OF WASHINGTON

LEROY WILLIAMS,

      v.

DR. STEINWEINDER,

JUDGMENT IN A CIVIL CASE

No. C09-5806 RJB/KLS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

(1) The Court adopts the Report and Recommendation; and

(2) Plaintiff's action is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

| May 18, 2010 | BRUCE RIFKIN |
|---|---|
| Date | Clerk |

                                                        *s/ Mary Trent*
                                                       Deputy Clerk